UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-

Case No. CR-3-05-19

JENNIFER MAXWELL,

Defendant.

---

ENTRY GRANTING DEFENDANTS MOTION (DOC. #30) AND
EXTENDING DEFENDANTS SELF SURRENDER DATE

---

For good cause shown, the defendants motion to extend the date for her self surrender to the U.S. Marshal Office in the Columbus Ohio Federal Building (Doc. #30) is GRANTED. Therefore, IT IS THE ORDER OF THE COURT that the date for the defendant's voluntary surrender be extended from September 14, 2007, at 12:00 noon, until **12:00 noon on Wednesday September 19, 2007.**

**DONE** and **ORDERED** in Dayton, Ohio, this 13th day of September, 2007.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT